# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ALASKA

In re:

VATOUA YANG,

             Debtor.

Case No. A11-00571-DMD
Chapter 13

**Filed On 4/24/12**

## ORDER ON TRUSTEE'S OBJECTIONS TO CLAIM NOS. 3 AND 5

A hearing on the trustee's objections to Claim Nos. 3 and 5 was held before the undersigned on April 24, 2012. Present were Frank Cahill for the debtor, and Larry Compton, Trustee. No other appearance was made, and no response was filed to the trustee's duly-served objections. Therefore,

**IT IS ORDERED** that the trustee's objections are sustained. Claim No. 3 filed by Alaska USA Federal Credit Union is allowed as an unsecured claim in the sum of $7,505.33. Claim No. 5 filed by HSBC Bank Nevada, N.A. is disallowed as a secured claim and allowed as an unsecured claim in the sum of $2,025.15.

DATED: April 24, 2012

                          BY THE COURT

                          /s/ Donald MacDonald IV
                          DONALD MacDONALD IV
                          United States Bankruptcy Judge

Serve: F. Cahill, Esq.
       L. Compton, Trustee
       U.S. Trustee
       Claims Register

       04/24/12